UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Atradius Trade Credit<br>Insurance, Inc.<br>211 Schilling Circle, S/200<br>Hunt Valley, MD 21031-8643,<br>assignee of<br>Sterling Paper Co. dba<br>Sterling Distribution<br>1845 Progress Avenue<br>Columbus, OH 43207<br><br>vs.<br><br>Knepper Press Corporation<br>Clinton Commerce Park<br>2251 Sweeney Drive<br>Clinton, PA, 15026-1818<br><br>and<br><br>Marketing.com, LLC<br>2251 Sweeney Drive<br>Clinton, PA, 15026-1818<br><br>and<br><br>JAL Equity Corp<br>3600 Torrey Pines Blvd.<br>Sarasota, FL 34238 | CIVIL ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO. 24-cv-1602 |

**COMPLAINT**

**THE PARTIES**

1. Plaintiff is Atradius Trade Credit Insurance, Inc., a Maryland corporation and citizen of that state ("Atradius"), whose offices are located in Baltimore County, Maryland, at 211 Schilling Circle, Suite 200, Hunt Valley, MD 21031-8643, assignee pursuant to a credit insurance contract of Sterling Paper Co. dba Sterling Distribution, an Ohio corporation and citizen of that state ("Sterling"), whose offices are located in Franklin County, Ohio, at 1845 Progress Avenue, Columbus, OH 43207 (collectively, "plaintiff").

2. Defendant is Knepper Press Corporation, a Pennsylvania corporation and a citizen of that state ("Knepper"), with its principal place of business in Allegheny County, Pennsylvania, at Clinton Commerce Park, 2251 Sweeney Drive, Clinton, PA 15026-1818, and whose registered agent is Corporation Service Company, whose offices are located in Dauphin County, Pennsylvania, at 2595 Interstate Drive, #103, Harrisburg, PA 17110.

3. Defendant Marketing.com LLC, is a Missouri corporation and a citizen of that state ("Marketing.com"), whose offices are located St. Louis, Missouri, at 101 Workman Court, Eureka, MO 63025-1079, and whose registered agent is CSC-Lawyers Incorporating Service Company, whose offices are located in Cole County, Missouri, at 221 Bolivar Street, Jefferson City, MO 65101.

4. Defendant JAL Equity Corp. is a Nevada corporation and citizen of that state ("JAL") whose offices are located in Sarasota County, Florida, at 3600 Torrey Pines Blvd., Sarasota, FL 34238, and whose registered agent in Pennsylvania is Corporation Service Company, whose offices are located in Dauphin County, Pennsylvania, at 2595 Interstate Drive, #103, Harrisburg, PA 17110.

## JURISDICTION

5. Jurisdiction is based on 28 U.S.C. § 1332 as this action involves a controversy between citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

## VENUE

6. Venue is proper in this District based on 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claim occurred.

## GENERAL ALLEGATIONS

7. In 2022 JAL acquired Knepper and continues to operate it.

8. In 2023 JAL acquired Marketing.com and continues to operate.

9. JAL, Marketing.com, and Knepper operate in concert and are collectively "the defendants."

10. At the special instance and request of the defendants, Sterling sold and delivered to defendants certain paper goods and merchandise described in plaintiff's invoices, true and correct copies of which are attached hereto as Exhibit "A" and incorporated by reference.

11. Defendant received and accepted the goods and merchandise.

12. The prices charged by plaintiff were the fair, reasonable, and market prices at the times of the transactions and the prices defendants agreed to pay.

13. Defendants made a partial payment on the invoices leaving a principal balance due on February 8, 2024, of $739,236.60, as set forth in Sterling's statement of account, a true and correct copy of which is attached hereto as Exhibit "B" and incorporated by reference, plus accrued interest at the contract rate of 18% per year in the amount of $25,294.87.

14. Thereafter, on July 16, 2024, and again on September 17, 2024, defendants made a payment of $123,206.00, both of which were applied to principal, leaving a principal balance due on October 28, 2024, of $492,824.60, plus accrued interest in the amount of $112,362.80, as set forth in the interest recap, a true and correct copy of which is attached hereto as Exhibit "C" and incorporated by reference.

15. Defendants breached the contracts by failing to pay the balance due on the invoices within terms despite demand.

16. As a result of defendants' breach, plaintiff, as assignor, has been damaged in the amount of $492,824.60, plus interest accrued at the contract rate through October 28, 2024, in the amount of $112,362.80, plus interest accrued from and after October 29, 2024, at the rate of $243.04 per day according to proof.

WHEREFORE, plaintiff demands judgment against defendants Knepper, Marketing.com, and JAL, and each of them, in the amount of $492,824.60, plus interest accrued at the contract rate through

October 28, 2024, in the amount of $112,362.80, plus interest accrued from and after October 29, 2024, at the rate of $243.04 per day according to proof, and costs.

## COUNT II

(Quasi Contract)

17. Paragraphs 1 through 16 are incorporated by reference.

18. On or before January 9, 2024, plaintiff's assignor delivered goods and merchandise to defendants at the times, of the kinds, in the quantities, and for the prices set forth in plaintiff's assignor's books of original entry, true and correct copies of which are shown as Exhibits "A" and "B" and incorporated by reference.

19. Defendants received and accepted the goods and services shown on Exhibits "A" and "B" and benefitted thereby.

20. Defendants appreciated that they were receiving benefits from plaintiff's assignor.

21. Defendants accepted and retained the benefits under circumstances that would create an inequity if defendants retained the benefits without payment.

22. The goods and merchandise in issue have a reasonable value of $492,824.60.

WHEREFORE, plaintiff claims there is now justly due and owing the sum of $492,824.60, plus interest according to proof, and costs.

MORRIS & ADELMAN, P.C.

BY: _____
ROBERT M. MORRIS, ESQ.
PA Attorney ID #67896
Attorney For Plaintiff
P.O. Box 2235
146 Montgomery Avenue, S/350
Bala Cynwyd, PA  19004-2235
215-568-5621
Fax: 215-568-3253
rmmorris@morrisadelman.com